UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT PADUCAH

FILED
OCT 09 2012
BY VANESSA L. ARMSTRONG
DEPUTY CLERK

UNITED STATES OF AMERICA

v.

**TYLER SCOTT MARTIN**

INDICTMENT

NO. 5:12CR41-R

18 U.S.C. § 2422(b)
18 U.S.C. § 2423(a)
18 U.S.C. § 2423(b)
18 U.S.C. § 2428

The Grand Jury charges:

## COUNT 1

On or about January 15, 2012, and continuing until on or about May 1, 2012, in the Western District of Kentucky, Graves County, Kentucky, and elsewhere, the defendant, **TYLER SCOTT MARTIN**, used any facility and means of interstate commerce; that is, a cellular telephone, to knowingly persuade, induce, entice, and coerce S.B.W., an individual who had not attained the age of 18 years of age, to engage in any sexual activity for which the defendant could be charged with a criminal offense.

In violation of Title 18, United States Code, Section 2422(b).

The Grand Jury further charges:

## COUNT 2

On or about and between April 1, 2012, and April 30, 2012, the defendant, **TYLER SCOTT MARTIN**, did travel in interstate commerce from states outside Kentucky to Graves County, Kentucky, in the Western District of Kentucky, for the purpose of engaging in any illicit sexual conduct, as defined in 18 U.S.C. § 2423(f), with S.B.W., a person under 18 years of age, that would

be a violation of Chapter 109A of Title 18, United States Code, had the sexual act occurred in the special maritime and territorial jurisdiction of the United States; namely, 18 U.S.C. § 2243(a)(1).

In violation of Title 18, United States Code, Section 2423(b).

The Grand Jury further charges:

## COUNT 3

On or about and between April 25, 2012, and May 4, 2012, in the Western District of Kentucky, Graves County, Kentucky, and elsewhere, the defendant, **TYLER SCOTT MARTIN**, knowingly transported S.B.W., an individual who had not attained the age of 18 years, in interstate commerce; that is, from the Commonwealth of Kentucky through the State of Arkansas, to the State of Louisiana, with intent that the individual engage in any sexual activity for which any person can be charged with a criminal offense.

In violation of Title 18, United States Code, Section 2423(a).

## NOTICE OF FORFEITURE

As a result of committing any of the offenses alleged in Counts 1 through 3 of this Indictment, felonies punishable by imprisonment for more than one year, the defendant, **TYLER SCOTT MARTIN**, shall forfeit to the United States, pursuant to 18 U.S.C. § 2428, any property,

real and personal, used or intended to be used to commit or to facilitate the commission of the offenses.

A TRUE BILL

FOREPERSON

*for* DAVID J. HALE
United States Attorney

DJH:DS:120916

UNITED STATES OF AMERICA v. **TYLER SCOTT MARTIN**

## PENALTIES

Count 1:      NL 10 yrs./NM Life./$250,000/both/NL 5 yrs./NM Life Supervised Release
Count 2:      NM 30 yrs./$250,000/both/NL 5 yrs./NM Life Supervised Release
Count 3:      NL 10 yrs./NM Life/$250,000/both/NL 5 yrs./NM Life Supervised Release
Forfeiture

## NOTICE

**ANY PERSON CONVICTED OF AN OFFENSE AGAINST THE UNITED STATES SHALL BE SUBJECT TO SPECIAL ASSESSMENTS, FINES, RESTITUTION & COSTS.**

SPECIAL ASSESSMENTS

18 U.S.C. § 3013 requires that a special assessment shall be imposed for each count of a conviction of offenses committed after November 11, 1984, as follows:

| | |
|---|---|
| Misdemeanor: $ 25 per count/individual<br>$125 per count/other | Felony: $100 per count/individual<br>$400 per count/other |

FINES

In addition to any of the above assessments, you may also be sentenced to pay a fine. Such fine is due <u>immediately</u> unless the court issues an order requiring payment by a date certain or sets out an installment schedule. You shall provide the United States Attorney's Office with a current mailing address for the entire period that any part of the fine remains unpaid, or you may be held in contempt of court. 18 U.S.C. § 3571, 3572, 3611, 3612

**Failure to pay fine as ordered may subject you to the following:**

1. **INTEREST** and **PENALTIES** as applicable by law according to last date of offense.

    For offenses occurring after December 12, 1987:

    No **INTEREST** will accrue on fines under $2,500.00.

    **INTEREST** will accrue according to the Federal Civil Post-Judgment Interest Rate in effect at the time of sentencing. This rate changes monthly. Interest accrues from the first business day following the two week period after the date a fine is imposed.

    **PENALTIES** of:

    10% of fine balance if payment more than 30 days late.

    15% of fine balance if payment more than 90 days late.

2. Recordation of a **LIEN** shall have the same force and effect as a tax lien.

3. Continuous **GARNISHMENT** may apply until your fine is paid.

18 U.S.C. §§ 3612, 3613

If you **WILLFULLY** refuse to pay your fine, you shall be subject to an **ADDITIONAL FINE** of not more than the greater of $10,000 or twice the unpaid balance of the fine; or **IMPRISONMENT** for not more than 1 year or both. 18 U.S.C. § 3615

RESTITUTION

If you are convicted of an offense under Title 18, U.S.C., or under certain air piracy offenses, you may also be ordered to make restitution to any victim of the offense, in addition to, or in lieu of any other penalty authorized by law. 18 U.S.C. § 3663

APPEAL

If you appeal your conviction and the sentence to pay your fine is stayed pending appeal, the court shall require:

1. That you deposit the entire fine amount (or the amount due under an installment schedule during the time of your appeal) in an escrow account with the U.S. District Court Clerk, or

2. Give bond for payment thereof.

18 U.S.C. § 3572(g)

PAYMENTS

If you are ordered to make payments to the U.S. District Court Clerk's Office, certified checks or money orders should be made payable to the Clerk, U.S. District Court and delivered to the appropriate division office listed below:

LOUISVILLE:  Clerk, U.S. District Court
106 Gene Snyder U.S. Courthouse
601 West Broadway
Louisville, KY 40202
502/625-3500

BOWLING GREEN:  Clerk, U.S. District Court
120 Federal Building
241 East Main Street
Bowling Green, KY 42101
270/393-2500

OWENSBORO:  Clerk, U.S. District Court
126 Federal Building
423 Frederica
Owensboro, KY 42301
270/689-4400

PADUCAH:  Clerk, U.S. District Court
127 Federal Building
501 Broadway
Paducah, KY 42001
270/415-6400

If the court finds that you have the present ability to pay, an order may direct imprisonment until payment is made.

FORM DBD-34
JUN.85

No. 5:12CR41-R

# UNITED STATES DISTRICT COURT
Western District of Kentucky
Paducah Division

### THE UNITED STATES OF AMERICA

vs.

### TYLER SCOTT MARTIN

## INDICTMENT
Title 18, U.S.C. §§ 2422(b); 2423(a); 2423(b): Coercion and Enticement; Transportation with Intent to Engage in Criminal Sexual Activity; Travel with Intent to Engage in Illicit Sexual Conduct.

*A true bill.*



------------------------------------------ *Foreman*

*Filed in open court this* 9th day *of* October, A.D. 2012.

FILED
Clerk

*Bail, $*

OCT 0 9 2012

VANESSA L. ARMSTRONG
BY _____
DEPUTY CLERK