UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT PADUCAH

UNITED STATES OF AMERICA                                                                      PLAINTIFF

vs.                                            CRIMINAL ACTION NO.  5:12-CR-41-R
                                                              Electronically Filed

TYLER SCOTT MARTIN                                                                          DEFENDANT

**MOTION FOR PROTECTIVE ORDER PURSUANT TO 18 U.S.C. § 3509(d)**

The United States of America, by counsel, moves the Court for entry of a Protective Order incorporating the provisions of 18 U.S.C. § 3509(d) (Privacy Protection) of the Child Victims' and Child Witnesses' Rights statute, with regard to the alleged child victim, S.B.W.

The indictment filed October 9, 2012 (DN 1) alleges violations of 18 U.S.C. §§ 2422(b) (Enticement to Engage in Sexual Activity), 2423(b) (Travel to Engage in Illicit Sexual Conduct) and 2423(a) (Transportation to Engage in Sexual Activity), involving a minor victim.  18 U.S.C. § 3509(a)(2) defines a child as a person who is under the age of 18, who is or alleged to be a victim of a crime of physical abuse, sexual abuse, or exploitation.

The alleged victim in this case, S.B.W., was a child, as defined above, at the time of the alleged offenses.  The minor has been evaluated and treated by various medical personnel related to this case.  That information, as well as additional medical and personal information will be disclosed in the discovery production during the course of this litigation.

18 U.S.C. § 3509(d) (Privacy Protection) provides, in part:

> (1) Confidentiality of information. -
>
> (A) A person acting in a capacity described in subparagraph (B)
> in connection with a criminal proceeding shall -

1

      (i) keep all documents that disclose the name or any other information concerning a child in a secure place to which no person who does not have reason to know their contents has access; and

      (ii) disclose documents described in clause (i) or the information in them that concerns a child only to persons who, by reason of their participation in the proceeding, have reason to know such information.

   (B) Subparagraph (A) applies to -

      (i) all employees of the Government connected with the case, including employees of the Department of Justice, any law enforcement agency involved in the case, and any person hired by the Government to provide assistance in the proceeding;

      (ii) employees of the court;

      (iii) the defendant and employees of the defendant, including the attorney for the defendant and persons hired by the defendant or the attorney for the defendant to provide assistance in the proceeding; and

      (iv) members of the jury.

(2) Filing under seal. - All papers to be filed in court that disclose the name of or any other information concerning a child shall be filed under seal without the necessity of obtaining a court order. The person who makes the filing shall submit to the clerk of the court -

(A) the complete paper to be kept under seal; and

(B) the paper with the portions of it that disclose the name of or other information concerning a child redacted, to be placed in the public record.

      18 U.S.C. § 3509(d)(3) authorizes the issuance of a protective order if the court determines that there is a "significant possibility that such disclosure would be detrimental to the child." 18 U.S.C. § 3509(d)(4), further relating to disclosure of information, reads:

> This subsection does not prohibit disclosure of the name of or other information concerning a child to the defendant, the attorney for the defendant, a multidisciplinary child abuse team, a guardian ad litem, or an adult attendant, or to anyone to whom, in the opinion of the court, disclosure is necessary to the welfare and well-being of the child.

The United States, by counsel, makes this Motion in an effort to protect the welfare and privacy of the alleged minor victim, S.B.W., by the limitation on the dissemination of identity, medical, psychological, and other personal information outside of the authorized categories of persons specified in 18 U.S.C. § 3509(d), in relation to this case.

Respectfully submitted,

DAVID J. HALE
United States Attorney

s/David Sparks
David Sparks
Assistant United States Attorney
501 Broadway, Room 29
Paducah, Kentucky 42001
(270) 442-7104
(270) 444-6794 (FAX)
Email: david.sparks@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on November 26, 2012, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to counsel for the defendant, Scott T. Wendelsdorf, Federal Defender, 629 Fourth Avenue, Suite 200, Louisville, KY 40202.

s/David Sparks
David Sparks

3