UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT PADUCAH

UNITED STATES OF AMERICA

v.  CRIMINAL ACTION NO.:5:12-CR-41-R
Electronically Filed

TYLER SCOTT MARTIN

### RESPONSE OF THE UNITED STATES TO LETTER OF THE DEFENDANT

The defendant, although having appointed counsel, has written a letter dated May 23, 2013 requesting certain information (DN 28).  This Response attempts to address the concerns, but it is not being served directly on the defendant because he has counsel of record.

The production of a copy of the transcript of the grand jury witness is not required at this time.  However, it has been provided to defense counsel by separate letter.  The defendant was indicted rather than arrested on a criminal complaint.  References to a complaint are mistaken.

In accordance with the Reciprocal Order of Discovery filed November 16, 2012 (DN 10), and applicable sections of Fed. R. Crim. P. 16, the United States, by counsel, began production of discovery materials and information to previous defense counsel about November 27, 2012, and production of such information has continued.  On April 4, 2013, after current defense counsel was appointed, all such discovery provided to prior defense counsel was provided to current defense counsel.  Since April 4, 2013, additional discovery or other information has been provided to current defense counsel.  If the Court wishes to see any of the correspondence, materials, and other information, such will be made available.

With regard to exhibits referenced in the discovery, such as the items recovered from

the search of the 2007 Ford Taurus in Shreveport, Louisiana, defense counsel has been advised that if he wishes to review those, rather than the copies provided to counsel in discovery, arrangements can be made to do that.

The defendant requests a Bill of Particulars. Since meaningful discovery has been provided, a Bill of Particulars is unnecessary. <u>United States v. Graham</u>, 487 F. Supp. 1317, 1320 (W.D. Ky. 1980). If defense counsel believes this is a valid legal issue, he may contact the undersigned for further discussion.

The defendant cites no authority that a Kentucky statute is applicable to records production in a pending federal criminal prosecution. Discovery materials and exchange of information in this proceeding are addressed in the Federal Criminal Rules, Reciprocal Order of the Court, the Protective Order (DN 12), and the Amended Scheduling Order (DN 22) in this case.

The requests of the defendant should be denied.

        Respectfully submitted,

        DAVID J. HALE
        United States Attorney

        s/David Sparks
        David Sparks
        Assistant United States Attorney
        Federal Building, Room 29
        501 Broadway
        Paducah, KY 42001
        270-442-7104
        270-444-6794 (FAX)
        david.sparks@usdoj.gov

## **CERTIFICATE OF SERVICE**

 On June 6, 2013, I served this Motion to Seal and tendered Order, by U.S. Mail or hand-delivery to counsel of record for the defendant, Tyler Scott Martin, **Edward K. Box, PLLC**, Guthrie Building, 517 Broadway, Suite 100, Paducah, KY 42001.

                s/David Sparks
                David Sparks