UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT PADUCAH
CRIMINAL ACTION NO. 5:12CR41-R

Electronically Filed

UNITED STATES OF AMERICA                                    PLAINTIFF

v.

TYLER SCOTT MARTIN                                          DEFENDANT

## MOTION TO SUPPRESS SEARCH OF AUTOMOBILE

Comes the Defendant, by counsel, and moves this Court to suppress all evidence, as well as the fruits of the evidence, seized in the search of the 2007 Ford Taurus, authorized by a Search Warrant issued by Judge Ramona L. Emanuel of the Louisiana First Judicial District Court, Caddo Parish, dated the 15th day of May, 2012. As grounds for his motion, the Defendant states that the affidavit for the search warrant contains only conclusory statements of a police officer, which were insufficient to establish probable cause for the issuance of the warrant. Further, the facts of this situation fall within the exceptions to the good-faith rule pronounced in *United States v. Leon*, 468 U.S. 897 (1984). In support of his motion counsel for the Defendant has simultaneously filed a *Memorandum in Support of Motion to Suppress Search of Automobile*.

Dated this the 11th day of October, 2013.

                                                                    Respectfully Submitted,

                                                                    s/Gorman Bradley, Jr.
                                                                    GORMAN BRADLEY, JR.
                                                                    gbradley@kentuckylawyers.com
                                                                    Bradley, Freed & Grumley, P.S.C.
                                                                    1634 Broadway; P. O. Box 1655
                                                                    Paducah, KY 42002-1655
                                                                    Phone: (270) 443-0040
                                                                    *Attorney for Defendant*

# CERTIFICATE OF SERVICE

   I hereby certify that on the _____ day of October, 2013, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to the following:

Hon. G. David Sparks
United States Attorney
501 Broadway
Paducah, KY 42001
David.sparks @usdoj.gov

                 s/Gorman Bradley, Jr._____
                 Gorman Bradley, Jr.