UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT PADUCAH
CRIMINAL ACTION NO. 5:12CR41-R

Electronically Filed

UNITED STATES OF AMERICA                                        PLAINTIFF

v.

TYLER SCOTT MARTIN                                              DEFENDANT

### DEFENDANT'S SENTENCING MEMORANDUM

Comes the Defendant, by counsel, pursuant to the Court's *Order* filed October 30, 2013, [DN 57] and advises the Court as follows:

1. The Defendant and United States entered a written plea agreement pursuant to Rule 11(c)(l)(C) of the Federal Rules of Criminal Procedure [DN 54]. In paragraph 10 of the agreement the parties agree that a sentence of 120 months, followed by a term of supervised release of 10 years is the appropriate disposition of this case. The Defendant acknowledges he is bound by the terms of the agreement, does not oppose imposition of a sentence consistent with his agreement and does not argue for any other sentence. The defendant requests the Court to accept the agreement and sentence him pursuant to the terms of the agreement.

2. The Presentence Investigation Report ("PSR") was filed with the Court on January 22, 2014 [DN 59]. By letter of February 5, 2014, to the probation officer, the Defendant objected to the adjustment for obstruction of justice referenced in paragraph 55 of the PSR. The Defendant denies that he attempted to escape from custody. The Defendant requested the reference be deleted from the PSR. In the alternative, the Defendant requested the PSR reflect his denial of the attempted escape. The Defendant

further advised the United States and the probation officer that he would request the Court to allow him to testify regarding the issue if the reference was not deleted.

3. Since the date the objections to the PSR were made, the Defendant has advised counsel that he does not wish to testify.

4. The probation officer has advised counsel for the parties that the PSR will reflect the Defendant's denial of the allegation of attempted escape. Counsel for the Defendant has advised the Defendant of the conversation with the probation officer and further reminded the Defendant of his right to address the Court at the sentencing hearing.

WHEREFORE, considering the foregoing, pursuant to Rule 11(c)(l)(C) of the Federal Rules of Criminal Procedure, counsel for the Defendant requests the Court to accept the parties plea agreement and sentence the Defendant to imprisonment for a term of 120 months, followed by a term of supervised release of 10 years.

Dated this the 26th day of February, 2014.

Respectfully Submitted,

s/Gorman Bradley, Jr.
GORMAN BRADLEY, JR.
gbradley@kentuckylawyers.com
Bradley, Freed & Grumley, P.S.C.
1634 Broadway; P. O. Box 1655
Paducah, KY 42002-1655
Phone: (270) 443-0040
*Attorney for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on the 26th day of February, 2014, I electronically served a copy of the forgoing on Amanda L. Wood, the United States Probation Officer, at amanda_wood@kywp.uscourts.gov, and electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to the following:

Hon. G. David Sparks
United States Attorney
501 Broadway
Paducah, KY 42001
David.sparks @usdoj.gov

                                                s/Gorman Bradley, Jr._____
                                                Gorman Bradley, Jr.