UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT PADUCAH

UNITED STATES OF AMERICA     PLAINTIFF

VS.     CRIMINAL ACTION NO.: <u>5:12-CR-41-R</u>
**Electronically Filed**

TYLER SCOTT MARTIN     PLAINTIFF

### SENTENCING MEMORANDUM OF THE UNITED STATES

The defendant has objected to the circumstances in paragraphs 44 – 47, and the adjustment in paragraph 55 of the presentence report (PSR) with regard to attempted escape and obstruction of justice. The objection does not affect the agreed disposition recited in the Rule 11(c)(1)(C) Plea Agreement (DN 54), but the defendant asserts that such information will adversely affect his classification during his term of imprisonment.

The United States has no objection to the information and calculations in the PSR. The information with regard to the attempted escape and obstruction of justice was obtained by the United States Marshal Service during the course of the investigation. It is at least sufficient to support the enhancement for obstruction of justice. The items recovered could be considered contraband within the definition of 18 U.S.C. § 1791(d)(1)(B) and (G). Although the issue does not affect the agreed disposition in the Plea Agreement, to agree with the removal of the information or to remain silent in view of the defense request that the information be removed would not be appropriate. Such information should remain in the PSR as safety and security considerations for all agency personnel responsible for the custody or supervision of the defendant.

The sentencing hearing was rescheduled at the request of counsel for the United States when the enhancement issue was raised. One of the investigating Deputy U.S. Marshals who is still assigned to responsibilities in this District could not be available on the original sentencing date, February 26, 2014. Photographs of the area and items found had previously been provided to defense counsel and will also be available during the sentencing hearing.

The defendant recites that the Plea Agreement contains an agreed disposition of 120 months, followed by "a term of supervised release of 10 years". That is a misprint in part. The agreed disposition of 120 months is followed by 15 years of supervised release. (DN 54, page 4 of 8). The United States, by counsel, requests the Court sentence the defendant in accordance with the Plea Agreement.

Finally, the United States, by counsel, on behalf of the victim and her family, requests that the Court impose a condition that during any period of his custody or release, the defendant shall have no contact or communication, directly or indirectly, by any means, with the minor victim, S.B.W., or with any of her immediate family, including but not limited to her parents.

Respectfully submitted,

DAVID J. HALE
United States Attorney

 s/David Sparks
David Sparks
Assistant U.S. Attorney
501 Broadway, Room 29
Paducah, Kentucky  42001
PH:  (270) 442-7104
FAX: (270) 444-6794
Email: david.sparks@usdoj.gov

## CERTIFICATE OF SERVICE

      I hereby certify that on February 27, 2014, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to counsel of record for the defendant, Hon. Gorman Bradley, Jr., and I electronically served a copy of the foregoing on United States Probation Officer Amanda L. Wood at amanda_wood@kywp.uscourts.gov.

                                             s/David Sparks
                                             David Sparks
                                             Assistant U.S. Attorney